■ 3120 REALTY CORP., Appellant, v. ROSE TONG, Respondent, et al., Defendant.— In an action for the return of a payment made on account of the purchase price of a parcel of real property and for the reasonable value of title examination, the appeal is from an order denying appellant's motion for summary judgment striking out respondent's answer and granting her cross motion for summary judgment dismissing the complaint, and from the judgment entered thereon dismissing the complaint. Order and judgment affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Ughetta and Kleinfeld, JJ., concur; Murphy, J., concurs in the affirmance of the order denying appellant's motion but dissents from the affirmance of the order granting respondent's cross motion and the affirmance of the judgment dismissing the complaint and votes to modify the order by striking therefrom the provision granting respondent's cross motion and by substituting therefor a provision denying that motion and, as so modified, votes to affirm the order, and to vacate the judgment, with the following memorandum: The record presents triable issues of fact (*New York Investors* v. *Manhattan Beach Bathing Parks Corp.*, 256 N. Y. 162; *Eastman* v. *Horne*, 205 N. Y. 486; *Gilchrest House* v. *Guaranteed Tit. & Mtge. Co.*, 277 App. Div. 788). Beldock, J., not voting.

■ WILBUR YOUNG, Respondent, v. HERSHEY FARMS, INC., et al., Appellants.— In an action to recover damages for personal injuries, the appeal is from a resettled order denying appellants' motion for leave to serve a supplemental answer alleging a defense of *res judicata* (Civ. Prac. Act, § 245). Order reversed, with $10 costs and disbursements, and motion granted. The supplemental answer is to be served within 10 days after entry of the order hereon. Although appellants did not proceed promptly, the proposed defense is substantial and no reason appears why the motion should not have been granted. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.

## THIRD DEPARTMENT, JANUARY, 1958

### (January 28, 1958)

■ HENRY F. SCHOLTZ et al., Plaintiffs, v. OLAF S. RONNING, Defendant. — Application under section 897 of the Civil Practice Act to vacate a restraining order contained in an order to show cause. Application denied as a matter of discretion, without prejudice to its renewal upon notice. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

### (January 29, 1958)

■ In the Matter of the Claim of BESSIE SILVERMAN, Respondent, against SAM RALPH CONSTRUCTION Co. et al., Appellants, and SPECIAL FUNDS CONSERVATION COMMITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur. [See *ante*, p. 710.]